RALPH B. WEGIS, SBN 67966
LAW OFFICES OF RALPH B. WEGIS
1930 TRUXTUN AVENUE
BAKERSFIELD, CALIFORNIA 93301
TELEPHONE: (661) 635-2100
FAX: (661) 635-2107
rwegis@ralphwegis.com

Attorneys for Claimant, WESTON ANTHONY SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTON ANTHONY SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN, a public entity, DONNY YOUNGBLOOD, an individual<br><br>Defendants. | CASE NO: 15-cv-01749-MCE-JLT<br><br>**STIPULATION FOR CONTINUANCE OF HEARING DATE ON DEFENDANTS' MOTION TO DISMISS [FRCP RULE 12(b)(6)] AND MOTION TO STRIKE [FRCP 12(f)]; ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between Plaintiffs, through his attorney of record, Ralph B. Wegis, Law Office of Ralph B. Wegis and Defendants, County Of Kern and Donny Youngblood by and through their attorney of record, Marshall S. Fontes, Office of the County Counsel, that the hearing on Defendants' Motion to Dismiss and Motion to Strike presently set for January 28, 2016, be continued to February 11, 2016, at 2:00 p.m. in Courtroom 7, of the United States District Court, Eastern District of California.

**SO STIPULATED.**

DATED: January 14, 2016                    LAW OFFICES OF RALPH B. WEGIS

                                          / s / Ralph B. Wegis                .
                                          RALPH B. WEGIS
                                          Attorneys for Plaintiff, WESTON ANTHONY
                                          SMITH

**STIPULATION FOR CONTINUANCE OF HEARING DATE ON DEFENDANTS' MOTION TO DISMISS [FRCP RULE 12(b)(6)] AND MOTION TO STRIKE [FRCP 12(f)]**

| | |
|---|---|
| DATED:  January 14, 2016 | OFFICE OF THE COUNTY COUNSEL |
| | _/ s / Marshall S. Fontes_____. <br> MARSHALL S. FONTES, <br> Attorneys for Defendants, COUNTY OF KERN, DONNY YOUNGBLOOD |

### ORDER

In accordance with the foregoing stipulation of the parties, the hearing on Defendants' Motion to Dismiss and Motion to Strike is continued to February 11, 2016, at 2:00 p.m. in Courtroom 7, of the United States District Court, Eastern District of California.

IT IS SO ORDERED.

Dated:  January 14, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**STIPULATION FOR CONTINUANCE OF HEARING DATE ON DEFENDANTS' MOTION TO DISMISS [FRCP RULE 12(b)(6)] AND MOTION TO STRIKE [FRCP 12(f)]**