RALPH B. WEGIS, SBN 67966
LAW OFFICES OF RALPH B. WEGIS
1930 TRUXTUN AVENUE
BAKERSFIELD, CALIFORNIA 93301
TELEPHONE: (661) 635-2100
FAX: (661) 635-2107
rwegis@ralphwegis.com

Attorneys for Claimant, WESTON ANTHONY SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTON ANTHONY SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN, a public entity,<br>DONNY YOUNGBLOOD, an individual<br><br>    Defendants. | CASE NO: 15-cv-01749-MCE-JLT<br><br>**STIPULATION AND ORDER FOR 14 DAY EXTENSION OF TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

The following stipulation is entered into by and between Plaintiff, Westona Anthony Smith, through his attorney of record, Ralph B. Wegis, Law Office of Ralph B. Wegis and Defendants, County Of Kern and Donny Youngblood by and through their attorney of record, Marshall S. Fontes, Office of the County Counsel, that

**WHEREAS**, the complaint in this matter was filed on November 17, 2015;

**WHEREAS**, the defendants filed a Motion to Dismiss and Motion to Strike on December 22, 2015;

**WHEREAS**, on August 12, 2016, the court granted in part and denied in part the pending Motion to Dismiss and Motion to Strike, giving plaintiff 20 days to file a First Amended Complaint;

**WHEREAS**, the 20th day for filing a First Amended Complaint falls on Thursday, September 1, 2016;

**WHEREAS**, due to the press of business and various health issues impacting the attorney tasked with evaluating whether to file a First Amended Complaint and with drafting the First Amended Complaint in the event plaintiff elects to so proceed, plaintiff requires additional time; and

1

**STIPULATION AND ORDER FOR 14 DAY EXTENSION OF TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**

**Whereas**, the interests of justice would be served by allowing plaintiff a 14 day extension of time, up to and including Thursday, September 15, 2016, to file any First Amended Complaint, and no party would be prejudiced by such an extension,

**NOW THEREFOR, IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:**

That good cause exists to allow plaintiff a 14 day extension of time, up to and including Thursday, September 15, 2016, to file any First Amended Complaint.

<u>**SO STIPULATED**</u>

DATED:  August 30, 2016            LAW OFFICES OF RALPH B. WEGIS

_____/s/_____
RALPH B. WEGIS
Attorneys for Plaintiff, WESTON ANTHONY SMITH

DATED:  August 30, 2016            OFFICE OF THE COUNTY COUNSEL

_____/s/_____
MARSHALL S. FONTES,
Attorneys for Defendants, COUNTY OF KERN, DONNY YOUNGBLOOD

<u>**ORDER**</u>

**BASED UPON THE FOREGOING STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that:

Plaintiff shall be granted a 14 day extension of time, up to and including Thursday, September 15, 2016, to file any First Amended Complaint.

IT IS SO ORDERED.

**Dated:  August 31, 2016**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER FOR 14 DAY EXTENSION OF TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**