RALPH B. WEGIS, SBN 67966
LAW OFFICES OF RALPH B. WEGIS
1930 TRUXTUN AVENUE
BAKERSFIELD, CALIFORNIA 93301
TELEPHONE: (661) 635-2100
FAX: (661) 635-2107
rwegis@ralphwegis.com

Attorneys for Claimant, WESTON ANTHONY SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WESTON ANTHONY SMITH,

    Plaintiff,

vs.

COUNTY OF KERN, a public entity,
DONNY YOUNGBLOOD, an individual

    Defendants.

CASE NO: 15-CV-01749-MCE-JLT

**STIPULATION AND ORDER FOR 120 DAY CONTINUANCE OF DATES SET IN SECOND AMENDED PRETRIAL SCHEDULING ORDER**

The following stipulation is entered into by and between Plaintiff, Westona Anthony Smith, through his attorney of record, Ralph B. Wegis, Law Office of Ralph B. Wegis and Defendants, County Of Kern and Donny Youngblood by and through their attorney of record, Marshall S. Fontes, Office of the County Counsel, that

**WHEREAS**, the complaint in this matter was filed on November 17, 2015;

**WHEREAS**, the court issued its pre-trial scheduling order on March 1, 2016, and

**WHEREAS**, the court issued its' Amended Pretrial Scheduling Order on September 12, 2016; granting a 90 day continuance; and

**WHEREAS**, the court issued its' Second Amended Pretrial Scheduling Order on January 12, 2017, granting a 120 day continuance, and setting the following dates:

All discovery, with the exception of expert discovery, shall be completed by **May 19, 2017;**

1

**STIPULATION FOR 120 DAY CONTINUANCE OF DATES SET IN SECOND AMENDED PRETRIAL SCHEDULING ORDER**

All counsel are to designate in writing, file with the Court, and serve upon all other parties the name, address, and area of expertise of each expert that they propose to tender at trial not later than **July 19, 2017;**

The last day to hear dispositive motions shall be **June 2, 2017;** and

**WHEREAS**, Barry Rosenberg, who is the principle attorney handling the pleadings and papers on this matter, had been experiencing serious, heart related health issues leading to the stipulation for a 120 continuance of dates reflected in the Second Amended Pretrial Scheduling Order, but had been able to return to work, but in March, 2017 unexpectedly had a significant heath set back and is again in stage IV heart failure, requiring hospitalization and slowing the progress of the case, but hopes to substantially increase his output on return to work; and

**WHEREAS**, the parties have been diligently proceeding with discovery, defendants noticing plaintiff's deposition, and plaintiff's noticing an inspection of the Lerdo Facility where he was injured, and setting depositions of Kern County Sheriff's Department deputies involved in investigating his assault, including Deputies Gonzalez, Rivera, Dobbs McMasters, and Harbour, as well as Sheriff Youngblood and persons most qualified from the Kern County Sheriff's Department as to training, staffing and AB 109 assaults; and

**WHEREAS**, there remains significant discovery issues between the parties relating to discovery, including timing and inspection procedures, particularly with respect to inspection of the Lerdo facility where plaintiff was injured; and

**WHEREAS**, the existing deadlines are very problematic in light of these circumstances, and prejudicial to plaintiff, and the interests of justice would be served by a 120 day extension of time allowing both sides to properly complete discovery; and to allow plaintiffs to have the full participation of Mr. Rosenberg in this process and in the litigation; and

**WHEREAS**, counsel for the defendants will be unavailable for the month of August, 2017 due to a month long trial;

**NOW THEREFOR, IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:**

**THAT GOOD CAUSE EXISTS TO CONTINUE ALL DATES:**

**STIPULATION FOR 120 DAY CONTINUANCE OF DATES SET IN SECOND AMENDED PRETRIAL SCHEDULING ORDER**

That the dates set in the court's Amended Pretrial Scheduling Order on September 12, 2016 **shall be continued 120 days** allowing both sides to properly complete discovery and to allow plaintiffs to have the full participation of Mr. Rosenberg in this process and in the litigation.

All discovery, with the exception of expert discovery, shall be completed by **Monday, September 18, 2017/[_____]**

All counsel are to designate in writing, file with the Court, and serve upon all other parties the name, address, and area of expertise of each expert that they propose to tender at trial not later than **Thursday, November 16, 2017/[_____]**

The last day to hear dispositive motions shall be **Monday, October 2, 2017/[_____]**

## SO STIPULATED

DATED: April 18, 2017          LAW OFFICES OF RALPH B. WEGIS

_____/S/_____
RALPH B. WEGIS
Attorneys for Plaintiff, WESTON ANTHONY SMITH

DATED: April 18, 2017          OFFICE OF THE COUNTY COUNSEL

_____/S/_____
MARSHALL S. FONTES,
Attorneys for Defendants, COUNTY OF KERN, DONNY YOUNGBLOOD

3

**STIPULATION FOR 120 DAY CONTINUANCE OF DATES SET IN SECOND AMENDED PRETRIAL SCHEDULING ORDER**

# ORDER

Pursuant to the parties' stipulation and good cause having been shown, in is hereby ordered that:

The dates set in the court's January 12, 2017 Second Amended Pretrial Scheduling shall be continued 120 days to allow both sides to properly complete discovery; and to allow plaintiffs to have the full participation of Mr. Rosenberg in this process and in the litigation.

All discovery, with the exception of expert discovery, shall be completed by **Monday, September 18, 2017**.

All counsel are to designate in writing, file with the Court, and serve upon all other parties the name, address, and area of expertise of each expert that they propose to tender at trial not later than **Thursday, November 16, 2017**.

The last day to hear dispositive motions shall be **Monday, October 2, 2017**.

IT IS SO ORDERED.

Dated: April 18, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**STIPULATION FOR 120 DAY CONTINUANCE OF DATES SET IN SECOND AMENDED PRETRIAL SCHEDULING ORDER**