1
RALPH B. WEGIS, SBN 67966
LAW OFFICES OF RALPH B. WEGIS
2
1930 TRUXTUN AVENUE
3
BAKERSFIELD, CALIFORNIA 93301
TELEPHONE: (661) 635-2100
4
FAX: (661) 635-2107
rwegis@ralphwegis.com
5

6
Attorneys for Plaintiff,
WESTON ANTHONY SMITH
7

8
MARK L. NATIONS,  INTERIM COUNTY COUNSEL
By: MARSHALL S. FONTES, DEPUTY (SBN 139567)
9
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
10
Bakersfield, CA 93301
Telephone 661-868-3800
11
Fax 661-868-3805
12

Attorneys for Defendants, COUNTY OF KERN
13
and DONNY YOUNGBLOOD

14

15
**UNITED STATES DISTRICT COURT**

16
**EASTERN DISTRICT OF CALIFORNIA**

17
WESTON ANTHONY SMITH,                   )
                                        )   CASE NO: 1:15-cv-01749-MCE-JLT
18                                       )
            Plaintiff,                   )   **STIPULATION AND ORDER FOR 120 DAY**
19                                       )   **CONTINUANCE**
vs.                                      )   **OF DATES SET IN AMENDED PRETRIAL**
20                                       )   **SCHEDULING ORDER**
COUNTY OF KERN,  a public entity,        )
21  DONNY YOUNGBLOOD, an individual      )
                                        )
22          Defendants.                  )
                                        )
23  _____ )

24

25        Plaintiff, Weston Anthony Smith, and Defendants, County of Kern and Donny

26  Youngblood, have met and conferred through their respective attorneys of record, and now make

27  this joint stipulated request of the Court:

28

Stipulation and Order to Continue Scheduling Order Dates

1

**WHEREAS**, the complaint (*Docket No. 2*) in this matter was filed on November 17. 2015;

**WHEREAS**, the Court issued its pre-trial scheduling order (*Docket No. 24*) on March 1, 2016 and

**WHEREAS**, the Court issued its' Amended Pre-trial Order (*Docket No. 31*) on September 12, 2016; granting a 90 day continuance, due to the pendency of a Rule 12(b) motion,;

**WHEREAS**, the Court issued its' Second Amended Pre-trial Scheduling Order (*Docket No. 38*) on January 12, 2017; granting a 120 day continuance, due to health concerns of plaintiff's counsel, Mr. Rosenberg;

**WHEREAS**, the Court issued its' Order (*Docket No. 41*) granting a stipulated request for an additional 120 day continuance of the dates set forth in the Second Amended Pre-trial Scheduling Order on April 18, 2017, due to the continued health concerns of Mr. Rosenberg, and set the following dates:

"All discovery, with the exception of expert discovery, shall be completed by **Monday September 18, 2017**;

All counsel are to designate in writing, file with the Court, and serve upon all other parties the name, address, and area of expertise of each expert they propose to tender at trial not later than **Thursday, November 16, 2017**;

The last day to hear dispositive motions shall be **Monday, October 2, 2017**."

**WHEREAS**, Marshall S. Fontes, the attorney responsible for the representation of defendants, County of Kern and Sheriff Donny Youngblood, has been diagnosed with a herniated disc at the L4/5 level of the lumbar spine and has been experiencing debilitating pain in the lower back and down both legs that has worsened over the last two months; Mr. Fontes is currently receiving treatment through a serious of epidural injections, but the condition has significantly curtailed the amount time that Mr. Fontes has been capable of working each week which has slowed the progress of this case, although it is hoped that the condition will improve and that Mr. Fontes can increase his output at work in the near future;

WHEREAS, the parties have diligently been proceeding with discovery, having performed an inspection of the Lerdo Facility, having exchanged a considerable amount of written discovery and production of records relating to issues of both liability and damages, having subpoenaed third party records regarding plaintiff's damages, having completed the depositions of witnesses that were on duty at the time of incident and/or were involved in its investigation, including Deputies A. Gonzalez, Rivero, Dobbs and Harbour, and having started the deposition of County's person most qualified on AB109 assaults;

WHEREAS, there remains a significant amount of discovery to be completed, including depositions of other persons most qualified on topics including the layout of the Lerdo barracks, the intake process and classification of plaintiff at Lerdo upon his arrival, the County's training on gangs and AB109, as well as the depositions of plaintiff, his family members and treating medical providers and possibly a defense medical examination of plaintiff;

WHEREAS, the existing deadlines are very problematic in light of the above described circumstances, and would be prejudicial to the parties, and the interests of justice would be served by a 120 day extension of time allowing both sides to complete discovery and to allow defendants to have the full participation of Mr. Fontes in this process.

NOW THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL AS FOLLOWS:

THAT GOOD CAUSE EXISTS TO CONTINUE ALL DATES:

That the dates set forth in the Court's order on April 18, 2017 shall be continued 120 days allowing both sides to properly complete discovery and to allow defendants to have the full participation of Mr. Fontes in this process and in the litigation.

All discovery, with the exception of expert discovery, shall be completed by **Monday January 15, 2018**;

All counsel are to designate in writing, file with the Court, and serve upon all other parties the name, address, and area of expertise of each expert they propose to tender at trial not later than **Thursday, March 15, 2018**;

///

The last day to hear dispositive motions shall be **Thursday, April 5, 2018**.

## SO STIPULATED

DATED:  July 19, 2017                    LAW OFFICES OF RALPH B. WEGIS


   /s/   Ralph B. Wegis
RALPH B. WEGIS
Attorneys for Plaintiff,
WESTON ANTHONY SMITH


DATED:  July 19, 2017                    OFFICE OF THE COUNTY COUNSEL


  /s/  Marshall S. Fontes
MARSHALL S. FONTES,
Attorneys for Defendants, COUNTY OF KERN,
and DONNY YOUNGBLOOD


## ORDER

For GOOD CAUSE shown, and based upon the mutual Stipulation of all parties to this action, the Court hereby continues the following dates:

All discovery, with the exception of expert discovery, shall be completed by **Monday January 15, 2018**;

All counsel are to designate in writing, file with the Court, and serve upon all other parties the name, address, and area of expertise of each expert they propose to tender at trial not later than **Thursday, March 15, 2018**;

The last day to hear dispositive motions shall be **Thursday, April 5, 2018**.

IT IS SO ORDERED.

Dated:  July 28, 2017


MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE