RALPH B. WEGIS, SBN 67966
LAW OFFICES OF RALPH B. WEGIS
1930 TRUXTUN AVENUE
BAKERSFIELD, CALIFORNIA 93301
TELEPHONE: (661) 635-2100
FAX: (661) 635-2107
rwegis@ralphwegis.com

Attorneys for Plaintiff,
WESTON ANTHONY SMITH

MARK L. NATIONS, COUNTY COUNSEL
By: MARSHALL S. FONTES, DEPUTY (SBN 139567)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800
Fax 661-868-3805

Attorneys for Defendants, COUNTY OF KERN
and DONNY YOUNGBLOOD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTON ANTHONY SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN, a public entity,<br>DONNY YOUNGBLOOD, an individual<br><br>Defendants. | CASE NO: 1:15-cv-01749-MCE-JLT<br><br>**STIPULATION AND ORDER FOR 60 DAY CONTINUANCE OF DISCOVERY CUTOFF DATES** |

Plaintiff, Weston Anthony Smith, and Defendants, County of Kern and Donny Youngblood, have met and conferred through their respective attorneys of record, and now make this joint stipulated request of the Court:

**WHEREAS**, the Court's Order of July 31, 2017 (*Docket No. 44*) has set the discovery cutoff dates in this matter, as follows:

"All discovery, with the exception of expert discovery, shall be completed by **Monday, January 15, 2018**;

All counsel are to designate in writing, file with the Court, and serve upon all other parties the name, address, and area of expertise of each expert they propose to tender at trial not later than **Thursday, March 15, 2018**;

The last day to hear dispositive motions shall be **Thursday, April 5, 2018**."

**WHEREAS**, Marshall S. Fontes, the attorney responsible for the representation of defendants, County of Kern and Sheriff Donny Youngblood, has been diagnosed with a herniated disc at the L4/5 level of the lumbar spine and has been receiving, and continues to receive treatment through a serious of epidural injections;

**WHEREAS**, Mr. Fontes' back condition has now exacerbated an arthritic knee for which a knee replacement surgery is being scheduled in early December of 2017, and it is anticipated that he will be out of the office to recover from this procedure for approximately 6 to 8 weeks thereafter,

**WHEREAS**, the parties have diligently been proceeding with discovery, having performed an inspection of the Lerdo Facility, having exchanged a considerable amount of written discovery and production of records relating to issues of both liability and damages, having subpoenaed third party records regarding plaintiff's damages, having completed the depositions of witnesses that were on duty at the time of incident and/or were involved in its investigation, including Deputies A. Gonzalez, Rivero, Dobbs and Harbour, and having partially completed the depositions of County's persons most qualified on issues involving AB109, classification, gangs and training;

WHEREAS, there remains a significant amount of discovery to be completed, including depositions of other persons most qualified on topics including the layout of the Lerdo barracks, the intake process of plaintiff at Lerdo upon his arrival, the completion of the County's person most knowledgeable deposition on County's on training, gangs and AB109, as well as the

depositions of plaintiff, his family members and treating medical providers and possibly a defense medical examination of plaintiff;

**WHEREAS**, the existing deadlines are very problematic in light of the above described circumstances, and would be prejudicial to the parties, and the interests of justice would be served by an extension of time allowing both sides to complete discovery and to allow defendants to have the full participation of Mr. Fontes in this process.

NOW THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL AS FOLLOWS:

THAT GOOD CAUSE EXISTS TO CONTINUE ALL DATES:

That the dates set forth in the Court's order on July 31, 2017 shall be continued approximately 60 days allowing both sides to properly complete discovery and to allow defendants to have the full participation of Mr. Fontes in this process and in the litigation.

All discovery, with the exception of expert discovery, shall be completed by **Monday March 26, 2018**;

All counsel are to designate in writing, file with the Court, and serve upon all other parties the name, address, and area of expertise of each expert they propose to tender at trial not later than **Thursday, May 17, 2018**;

The last day to hear dispositive motions shall be **Monday, June 4, 2018**.

**SO STIPULATED**

DATED: November 15, 2017            LAW OFFICES OF RALPH B. WEGIS

   /s/    Ralph B. Wegis
RALPH B. WEGIS
Attorneys for Plaintiff,
WESTON ANTHONY SMITH


DATED: November 15, 2017            OFFICE OF THE COUNTY COUNSEL

  /s/  Marshall S. Fontes
MARSHALL S. FONTES,
Attorneys for Defendants, COUNTY OF KERN,
and DONNY YOUNGBLOO**ORDER**

For GOOD CAUSE shown, and based upon the mutual Stipulation of all parties to this action, the Court hereby continues the following dates:

All discovery, with the exception of expert discovery, shall be completed by **Monday March 26, 2018**;

All counsel are to designate in writing, file with the Court, and serve upon all other parties the name, address, and area of expertise of each expert they propose to tender at trial not later than **Thursday, May 17, 2018**;

The last day to hear dispositive motions shall be **Thursday, June 7, 2018.**

**IT IS SO ORDERED.**

Dated: November 27, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

#23C0086.DOC