RALPH B. WEGIS, SBN 67966
LAW OFFICES OF RALPH B. WEGIS
1930 TRUXTUN AVENUE
BAKERSFIELD, CALIFORNIA 93301
TELEPHONE: (661) 635-2100
FAX: (661) 635-2107
rwegis@ralphwegis.com

Attorneys for Plaintiff,
WESTON ANTHONY SMITH


MARK L. NATIONS, COUNTY COUNSEL
By: MARSHALL S. FONTES, DEPUTY (SBN 139567)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800
Fax 661-868-3805


Attorneys for Defendants, COUNTY OF KERN
and DONNY YOUNGBLOOD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTON ANTHONY SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN, a public entity, DONNY YOUNGBLOOD, an individual<br><br>Defendants. | CASE NO: 1:15-cv-01749-MCE-JLT<br><br>**STIPULATION AND ORDER FOR 120 DAY CONTINUANCE OF DISCOVERY CUTOFF DATES; DECLARATION OF MARSHALL S. FONTES IN SUPPORT THEREOF** |

Plaintiff, Weston Anthony Smith, and Defendants, County of Kern and Donny Youngblood, have met and conferred through their respective attorneys of record, and hereby make this joint stipulated request of the Court that the current case schedule be amended as set forth below.

---

Stipulation and Order to Continue Discovery Cutoff Dates

1

This request for a continuance is based upon the anticipated need of defense counsel, Mr. Fontes, to undergo an inpatient knee replacement, and the surrounding circumstances that has caused a delay in its scheduling of discovery, as set forth in the accompanying declaration. Additionally, there are unresolved discovery disputes which plaintiff maintains are critical, including defendants' opposition to the taking of the deposition of Sheriff Youngblood and allowing videotaping of Lerdo. These are in various states of meet and confer, including defendant reviewing a joint statement submitted by plaintiff last week. Plaintiff's counsel was respectful of defense counsel's medical problems thus slowing the progression of the disputes. The parties therefore stipulate that a continuance of the current scheduled dates in this case is necessary to allow sufficient time for the defense counsel's surgery and recovery, and to accommodate the litigants' schedules, and request the schedule in this case be amended to reflect the following requested dates:

NOW THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL THAT GOOD CAUSE EXISTS TO CONTINUE ALL DATES AS FOLLOWS:

That the dates set forth in the Court's order on November 28, 2017 (Doc. No. 46) shall be continued approximately 120 days allowing both sides to properly complete discovery and to allow defendants to have the full participation of their counsel in this process and in the litigation.

All discovery, with the exception of expert discovery, shall be completed by **Monday, July 30, 2018**;

All counsel are to designate in writing, file with the Court, and serve upon all other parties the name, address, and area of expertise of each expert they propose to tender at trial not later than **Thursday, September 30, 2018**;

///
///
///
///

Stipulation and Order to Continue Discovery Cutoff Dates

2

The last day to hear dispositive motions shall be **Monday, October 8, 2018]**.

DATED: February 13, 2018          LAW OFFICES OF RALPH B. WEGIS

                                   /s/    Ralph B. Wegis
                                  RALPH B. WEGIS
                                  Attorneys for Plaintiff,
                                  WESTON ANTHONY SMITH

DATED: February 13, 2018          OFFICE OF THE COUNTY COUNSEL

                                   /s/  Marshall S. Fontes
                                  MARSHALL S. FONTES,
                                  Attorneys for Defendants, COUNTY OF KERN,
                                  and DONNY YOUNGBLOOD


                                        **ORDER**

         For GOOD CAUSE shown, and based upon the mutual Stipulation of all parties to this action, the Court hereby continues the following dates:

         All discovery, with the exception of expert discovery, shall be completed by **Monday July 30, 2018]**;

         All counsel are to designate in writing, file with the Court, and serve upon all other parties the name, address, and area of expertise of each expert they propose to tender at trial not later than **Thursday, September 30, 2018**;

         The last day to hear dispositive motions shall be **Monday, October 8, 2018**.

         IT IS SO ORDERED.

Dated:  February 15, 2018

                                  _____
                                  MORRISON C. ENGLAND, JR
                                  UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | #23M6397.DOC |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Stipulation and Order to Continue Discovery Cutoff Dates