**RALPH B. WEGIS, SBN 67966**
**LAW OFFICES OF RALPH B. WEGIS**
**1930 TRUXTUN AVENUE**
**BAKERSFIELD, CALIFORNIA 93301**
**TELEPHONE: (661) 635-2100**
**FAX: (661) 635-2107**
**rwegis@ralphwegis.com**

**Attorneys for Plaintiff,**
**WESTON ANTHONY SMITH**

**MARGO A. RAISON, COUNTY COUNSEL**
**By: MARSHALL S. FONTES, DEPUTY (SBN 139567)**
**Kern County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, CA 93301**
**Telephone 661-868-3800**
**Fax 661-868-3805**

**Attorneys for Defendants, COUNTY OF KERN**
**and DONNY YOUNGBLOOD**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTON ANTHONY SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN, a public entity,<br>DONNY YOUNGBLOOD, an individual<br><br>Defendants. | CASE NO: 1:15-cv-01749-MCE-JLT<br><br>**STIPULATION AND ORDER TO CONTINUE DATE FOR INITIAL DISCLOSURE OF EXPERT WITNESSES TO MAY 3, 2019 AND THE DATE FOR SUPPLEMENTAL EXPERT DISCLOSURE TO MAY 23, 2019; DECLARATION OF MARSHALL S. FONTES IN SUPPORT THEREOF** |

Plaintiff, Weston Anthony Smith, and Defendants, County of Kern and Donny Youngblood, have met and conferred through their respective attorneys of record, and hereby make this joint stipulated request of the Court that the current case schedule be amended to continue the date for the initial disclosure of expert witnesses to May 3, 2019, from the presently scheduled date of April 3, 2019, and the disclosure of supplemental expert witnesses to May 23,

1 | 2019, from the presently scheduled date of April 10, 2019, as set forth below.  ALL OTHER
2 | SCHEDULED DATES WOULD REMAIN INTACT AND UNCHANGED.
3 | **WHEREAS**: This request for a continuance is based upon an unexpected crisis involving
4 | the Defendants' neuro-psychological expert, Dr. Charles Hinkin,  which prevents the Defendants
5 | from meeting the current expert designation dates in this matter; as set forth in the supporting
6 | declaration; and
7 | **WHEREAS:**  the Court's initial scheduling order of February 29, 2016, provided that
8 | "All counsel are to designate in writing, file with the Court, and serve upon all other parties the
9 | name, address, and area of expertise of each expert that they propose to tender at trial … The
10 | designation shall be accompanied by a written report prepared and signed by the witness. The
11 | report shall comply with Fed. R. Civ. P. 26(a)(2)(B)"; and
12 | **WHEREAS**: On or about November 5, 2018, the Court ordered that "All counsel are to
13 | designate in writing, file with the Court, and serve upon all other parties the name, address, and
14 | area of expertise of each expert they propose to tender at trial not later than Thursday, March 21,
15 | 2019"; and that "Given the number of extensions in this matter that have already been granted,
16 | the parties are admonished that no further requests for extensions in this matter will be
17 | considered"; and
18 | **WHEREAS:**  Based on the language of the Court's November 5, 2018, Order, the
19 | parties are uncertain as to whether they are required to submit the written report required by Fed.
20 | R. Civ. P. 26(a)(2)(B), or instead to file with the Court, and serve upon all other parties the name,
21 | address, and area of expertise of each expert they propose to tender at trial; and
22 | **WHEREAS:**  The parties previously informed this Court by a Stipulation  dated March
23 | 12, 2019 (Doc. No. 54) that the Defendants' retained neuro-psychologist would not be able to
24 | provide the written report required by Fed. R. Civ. P. 26(a)(2)(B) by March 21, 2019, in that due
25 | to scheduling difficulties the neuro-psychological examination of the Plaintiff could not occur
26 | until March 21, 2019.  This Court signed a stipulated Order on March 14, 2019 (Doc. No. 55)
27 | which continued the initial disclosure of experts from March 21, 2019 to April 3, 2019; and
28 | / / /

**WHEREAS:** The Defendants' neuro-psychological expert Dr. Hinkin performed the neuro-psychological exam of the Plaintiff as scheduled on March 21, 2019. However, at that time the Defendants' counsel learned that Dr. Hinkin's mother had passed away the week prior, and that due to this Dr. Hinkin would not be able to complete his written report based on the exam by the deadline of April 3, 2019; and

**WHEREAS**: The Court's Order of February 29, 2016, provided that "[a]ll experts designated are to be fully prepared at the time of designation to render an informed opinion, and give their bases for their opinion, so that they will be able to give full and complete testimony at any deposition taken by the opposing party. Experts will not be permitted to testify at the trial as to any information gathered or evaluated, or opinion formed, after deposition taken subsequent to designation"; and

**WHEREAS**: Out of an abundance of caution, and in the interests of justice, the parties do not wish to prejudice their rights or disobey the Court by submitting only the "name, address, and area of expertise of each expert they propose to tender at trial" as set forth in the Court's November 5, 2018, Order, if the Court intended that "[t]he designation shall be accompanied by a written report prepared and signed by the witness. The report shall comply with Fed. R. Civ. P. 26(a)(2)(B)" as set forth in the Court's initial scheduling order of February 29, 2016; and

**WHEREAS:** Counsel have met and conferred and agree to continue the dates for expert disclosure by 30 days by continuing the date for initial disclosure of expert witnesses from April 3, 2019 to May 3, 2019 and the date for supplemental expert disclosure from April 10, 2019 to May 23, 2019, <u>leaving all other dates unchanged and intact;</u>

NOW THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL THAT GOOD CAUSE EXISTS TO CONTINUE ALL DATES AS FOLLOWS:

/ / /

/ / /

/ / /

/ / /

Stipulation and Order to Continue Date For Initial Disclosure Of Expert Witnesses To May 3, 2019, etc.

3

That the initial disclosure of expert witnesses shall be served and filed on May 3, 2019. Supplemental expert disclosure shall be served and filed on May 23, 2019.

DATED: March 28, 2019          LAW OFFICES OF RALPH B. WEGIS


   /s/   Ralph B. Wegis
RALPH B. WEGIS
Attorneys for Plaintiff,
WESTON ANTHONY SMITH


DATED: March 28, 2019          MARGO A. RAISON, COUNTY COUNSEL


  /s/  Marshall S. Fontes
MARSHALL S. FONTES,
Attorneys for Defendants, COUNTY OF KERN,
and DONNY YOUNGBLOOD

**ORDER**

For GOOD CAUSE shown, and based upon the mutual Stipulation of all parties to this action, the Court hereby orders that:

That the initial disclosure of expert witnesses shall be served and filed on May 3, 2019. Supplemental expert disclosure shall be due 20 days from May 3, 2019, by May 23, 2019.

IT IS SO ORDERED.

Dated: April 5, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**MARGO A. RAISON, COUNTY COUNSEL**
**By: MARSHALL S. FONTES, DEPUTY (SBN 139567)**
**Kern County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, CA 93301**
**Telephone 661-868-3800**
**Fax 661-868-3805**

**Attorneys for Defendants, COUNTY OF KERN**
**and DONNY YOUNGBLOOD**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

WESTON ANTHONY SMITH,

    Plaintiff,

vs.

COUNTY OF KERN, a public entity,
DONNY YOUNGBLOOD, an individual

    Defendants.

CASE NO: 1:15-CV-01749-MCE-JLT

**DECLARATION OF MARSHALL S. FONTES IN SUPPORT OF STIPULATION FOR CONTINUANCE OF EXPERT DESIGNATION DATES**

I, MARSHALL S. FONTES, declare as follows:

1. I am an attorney at law duly licensed to practice before all of the state and federal courts located within the State of California. In the above captioned litigation, I represent Defendants, County of Kern and Sheriff Youngblood.

2. I am a deputy County Counsel in the Office of County Counsel for the County of Kern. At all relevant times, I have been the sole attorney within our office that is assigned to handle the defense of this litigation. As such, I am thoroughly familiar with the facts and issues in this matter and, if called upon as a witness, I could and would competently testify to each of the matters set forth herein.

3. After the completion of Plaintiff's deposition on January 9, 2019, the defense determined that a neuro-psychologist would be needed to examine the plaintiff and evaluate the

Declaration of Marshall S. Fontes in Support of Stipulation and Proposed Order to Continue Date For Initial Disclosure Of Expert Witnesses To May 3, 2019, etc.

5

injury claims being made. The defense then hired Charles Hinkin Ph.D. in this regard.

4. Efforts were made to schedule the independent medical examination in late January and early February, but the parties were unable to coordinate an agreeable date during this time frame due to the calendar conflicts and the limited availability of Dr. Hinkin and the Plaintiff.

5. Dr. Hinkin was unexpectedly taken out of state for approximately 3 weeks from mid-February to early March. The examination of the Plaintiff was scheduled for March 21, 2019, which was the earliest date that all parties were available.

6. The parties stipulated to continue the initial expert designation date in this matter from March 21, 2019 to April 3, 2019, in order to allow Dr. Hinkin time to complete his report following his exam of the Plaintiff on March 21, 2019.

7. The examination of the Plaintiff took place as scheduled on March 21, 2019. However, at that time, Dr. Hinkin informed defense counsel that his mother had passed away the previous week, and that due to this he would be unable to complete his expert report by April 3, 2019.

8. Defense counsel has met and conferred with Plaintiffs' counsel and all counsel agree that good cause exists to continue the expert designation deadlines in this matter by 30 days.

9. Based upon the foregoing, it is respectfully submitted that good cause exists to move the expert designation date from April 3, 2019 to May 3, 2019 and the supplemental designation from April 10, 2019 to May 23, 2019. No party would be prejudiced by this extension, and all other scheduling dates would remain intact and unchanged.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 28th day of March, 2019, in Bakersfield, California.

                                                /s/ Marshall S. Fontes
                                                Marshall S. Fontes, Deputy

Declaration of Marshall S. Fontes in Support of Stipulation and Proposed Order to Continue Date For Initial Disclosure Of Expert Witnesses To May 3, 2019, etc.
6