# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTON ANTHONY SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DONNY YOUNGBLOOD, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-01749-MCE-BAK<br><br>ORDER RE STIPULATION TO CONTINUE SETTLEMENT CONFERENCE<br><br>(ECF Nos. 82, 86) |

On February 18, 2022, the parties submitted a stipulated request to continue the settlement conference currently set for February 25, 2022 to March 25, 2022. (ECF No. 86.) The parties proffer the continuance is required as counsel for Defendant Kern County has been unable to obtain settlement authority from the County due to his mother's two hospitalizations in the last thirty days. The Court finds good cause exists to approve the stipulated request. However, the Court shall continue the settlement conference to April 4, 2022.

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. The settlement conference set for March 18, 2022, is CONTINUED to **April 4, 2022, at 11:00 a.m.** in Courtroom 9 before the honorable Stanley A. Boone; and

///

///

1

    2.    The parties shall submit their confidential settlement conference statements directly to Judge Boone's chambers via email to SABOrders@caed.uscourts.gov no later than one week prior to the conference.

IT IS SO ORDERED.

Dated: __**February 18, 2022**__

_____
UNITED STATES MAGISTRATE JUDGE

2