1  **RALPH B. WEGIS, SBN 67966**
2  **LAW OFFICES OF RALPH B. WEGIS**
   **1930 TRUXTUN AVENUE**
3  **BAKERSFIELD, CALIFORNIA 93301**
   **TELEPHONE: (661) 635-2100**
4  **FAX: (661) 635-2107**
   **rwegis@ralphwegis.com**
5

6  **Attorneys for Plaintiff,**
   **WESTON ANTHONY SMITH**
7

8  **MARGO A. RAISON, COUNTY COUNSEL**
   **By: MARSHALL S. FONTES, DEPUTY (SBN 139567)**
9  **Kern County Administrative Center**
   **1115 Truxtun Avenue, Fourth Floor**
10 **Bakersfield, CA 93301**
   **Telephone 661-868-3800**
11 **Fax 661-868-3805**

12
   **Attorneys for Defendants, COUNTY OF KERN**
13 **and DONNY YOUNGBLOOD**

14
   Attorneys for Claimant, WESTON ANTHONY SMITH
15

16              UNITED STATES DISTRICT COURT

17            EASTERN DISTRICT OF CALIFORNIA

18 WESTON ANTHONY SMITH,          )  CASE NO: 1:15-CV-01749-MCE-BAK (SAB)
                                  )
19          Plaintiff,            )
                                  )
20 vs.                            )  **STIPULATION AND ORDER FOR**
                                  )  **CONTINUANCE**
21 COUNTY OF KERN, a public entity, )  **OF SETTLEMENT CONFERENCE**
   DONNY YOUNGBLOOD, an individual )
22                                )
                                  )
23          Defendants.           )
                                  )
24                                )
                                  )
25                                )
                                  )
26 _____)

27 / / /

28 / / /

                          1

**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SETTLEMENT CONFERENCE**

**IT IS HEREBY STIPULATED** by and between Plaintiff, Weston Anthony Smith, through his attorney of record, Ralph B. Wegis, and Defendants, County Of Kern and Donny Youngblood by and through their attorney of record, Marshall S. Fontes, Office of the County Counsel, that the Settlement Conference hearing presently set for April 29, 2022, be continued to June 1, 2022, at 1:00 p.m.  at the United States District Court in Bakersfield, 510 19th St, Bakersfield, CA 93301.  This request is being made as Counsel for Defendant has been unable obtain authority from the Kern County Board of Supervisors regarding settlement due to having medical issues requiring an unplanned surgery and follow up procedure, keeping him out of the office.

**SO STIPULATED.**

DATED:  April 21, 2022                                LAW OFFICES OF RALPH B. WEGIS


                                                      /s/ Ralph B. Wegis
                                                     RALPH B. WEGIS, Esq.
                                                     Attorneys for Plaintiff,
                                                     WESTON ANTHONY SMITH


DATED:  April 21, 2022                                MARGO A. RAISON, COUNTY COUNSEL


                                                      /s/ Marshall S. Fontes
                                                     MARSHALL S. FONTES,
                                                     Attorneys for Defendants, COUNTY OF KERN,
                                                     and DONNY YOUNGBLOOD

As the filer of this document, I, Marshall S. Fontes, attest that on April 20, 2022, attorney Ralph B. Wegis provided his authority to affix his electronic signature to this document.

2

**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SETTLEMENT CONFERENCE**

1

**ORDER**

2        **IT IS HEREBY ORDERED** that the Settlement Conference is continued to June 1, 2022, at

3   1:00 p.m. at the United States District Court in Bakersfield, 510 19th St, Bakersfield, CA 93301.

4

5   IT IS SO ORDERED.

6   Dated:   **April 21, 2022**   _____

7                                          UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SETTLEMENT CONFERENCE**