1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

| | |
|---|---|
| WESTON ANTHONY SMITH, | Case No. 1:15-cv-01749-MCE-BAK |
| Plaintiff, | ORDER DISCHARGING JUNE 2, 2022 ORDER TO SHOW CAUSE |
| v. | (ECF Nos. 94, 95) |
| DONNY YOUNGBLOOD, et al., | |
| Defendants. | |

16

17

18

19

20

21

A settlement conference was held in this action on June 1, 2022.  (ECF No. 93.)  On June 2, 2022, the Court issued an order requiring Defendants' insurance carrier to show cause in writing why sanctions should not issue for the failure to have a representative appear at the settlement conference.  (ECF No. 94.)  On June 7, 2022, Brit Global Specialty USA, Ltd. ("Brit"), made a special appearance in this action and filed a response to the order to show cause. (ECF No. 95.)

22

23

24

25

26

27

28

Brit proffers that it was not served with the order to attend the order to attend the settlement conference, that its coverage level was not potentially triggered by the settlement negotiations, in addition to other specific details concerning the insurance carrier's role in the litigation in conjunction with other carriers, and their communications with Defendants.  (ECF No. 95.)  The Court finds good cause to discharge the order to show cause.  Defendants are reminded to more clearly determine what insurance carriers are needed to participate fully in the forthcoming settlement discussions and conference, and to clearly communicate with such

1

1  insurance carriers regarding their need to potentially attend.

2      Accordingly, IT IS HEREBY ORDERED that the order to show cause issued on June 2,

3  2022 (ECF No. 94) is DISCHARGED without the imposition of sanctions.

4

5  IT IS SO ORDERED.

6  Dated:   **June 8, 2022**

   UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2