# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTON ANTHONY SMITH, | Case No. 1:15-cv-01749-KES-CDB |
| Plaintiff, | ORDER SETTING SETTLEMENT CONFERENCE |
| v. | |
| DONNY YOUNGBLOOD, et al., | (ECF No. 18) |
| Defendants. | |

The Court sets a settlement conference on **August 5, 2024 at 10:00 a.m. in Courtroom 9** before Magistrate Judge Stanley A. Boone. **The parties are directed to appear in person.**

The attorneys who will try the case shall appear **in person** at the settlement conference with the parties[1] and the person or persons having **full and unlimited authority** to negotiate and settle the case. Defendants shall clearly determine which insurance carriers are needed to **participate fully** in the settlement conference and are ordered to clearly communicate with such insurance carriers regarding their need to attend **in person**. The Court will only allow the attorneys, the named parties, and representatives having full authority to settle the case to be present at the settlement conference.

**No later than one week prior to the conference**, the parties shall submit their

---

[1] Insurance carriers, business organizations, and governmental bodies or agencies whose settlement agreements are subject to approval by legislative bodies, executive committees, boards of directors or the like may be represented by a person whose recommendations about settlement are relied upon by the ultimate decision makers. The Plaintiff shall personally appear.

1

confidential settlement conference statements directly to Judge Boone's chambers via email to saborders@caed.uscourts.gov. Parties shall also file a <u>Notice of Submission of Confidential Settlement Statement</u> (See Local Rule 270(d)). Settlement statements **should not be filed** with the Clerk of the Court **nor served on any other party**. Settlement statements shall be clearly marked "Confidential" with the date and time of the settlement conference indicated prominently thereon.

The confidential settlement statement shall include the following:

a. A brief statement of the facts of the case.

b. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

c. An estimate of the cost and time to be expended for further discovery, pretrial, and trial.

d. The relief sought.

e. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands.

IT IS SO ORDERED.

Dated:   **April 26, 2024**

UNITED STATES MAGISTRATE JUDGE

2